IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| KIM A. DAVIS, | ) | Case No. 04 B 19946 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**ORDER ALLOWING TRUSTEE'S ATTORNEYS' FINAL COMPENSATION AND REIMBURSEMENT OF COSTS**

**THIS CAUSE COMING ON TO BE HEARD** on the Gregory K. Stern and Monica C. O'Brien's Application For Allowance Of Final Compensation And Reimbursement of Costs, due and proper notice having been served and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. Gregory K. Stern and Monica C. O'Brien, pursuant to 11 U.S.C. §331, are allowed final compensation and reimbursement of costs in the aggregate amount of $9,934.72 for services rendered to the Chapter 7 Trustee.

2. The Trustee is authorized to pay the unpaid balance of allowing final compensation and reimbursement of costs of $2,803.25 to Gregory K. Stern, P.C. and Monica C. O'Brien as a priority cost of administration.

Pamela S. Hollis, Bankruptcy Judge

Dated: September 27, 2007

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558