UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KIM A. DAVIS, | ) | |
| | ) | Case No. 04-19946 |
| | ) | |
| Debtor. | ) | Hon. PAMELA S. HOLLIS |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DIRKSEN FEDERAL BUILDING, COURTROOM 644, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **November 13, 2007**      Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                       $18,875.56

    Disbursements                                   $7,140.78

    Net Cash Available for Distribution            $11,734.78

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ<br>*Trustee Compensation* | $0.00 | $2,424.62 | $0.00 |
| GREGORY K. STERN & MONICA C. O'BRIEN<br>*Attorney for Trustee* | $7,131.47 | $2,803.25 | $0.00 |
| POPOWCER KATTEN. LTD.<br>*Accountant for Trustee* | $0.00 | $960.00 | $0.00 |

5. There are no priority claims.

6. Claims of general unsecured creditors totaling $ 3,212.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 1.83% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| I | Aspire Visa | $3,212.76 | $3,410.56 |
| Surplus to Debtor | Davis, Kim A. | $2,129.35 | $2,129.35 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourt.s.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. The Debtor has been discharged.

10. The Trustee proposes to abandon the following property at the hearing:

    NONE

Dated: **October 16, 2007**　　　　　　　　　　For the Court,

                                        By:　**KENNETH S. GARDNER**
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 S. Dearborn St. 7th Floor
                                               Chicago, IL 60604

| | |
|---|---|
| Trustee: | Barry A. Chatz |
| Address: | 120 S. Riverside Plaza |
| | Suite 1200 |
| | Chicago, IL 60606-0000 |
| Phone No.: | (312) 876-7100 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

04-19946   Doc 61   Filed 10/16/07   Entered 10/19/07 00:01:53   Desc Imaged
                    Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Oct 16, 2007
Case: 04-19946                Form ID: pdf002          Total Served: 17

The following entities were served by first class mail on Oct 18, 2007.
db          +Kim A Davis,   6333 S California,   Chicago, IL 60629-2318
aty         +Gregory K Stern,   Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
              Chicago, IL 60604-3536
aty         +Monica C O'Brien,   Gregory K. Stern, P.C.,   53 W Jackson Blvd Ste 1442,
              Chicago, IL 60604-3536
tr          +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
8114724      Account Managment Services,   P.O. Box 664249,   Indianapolis, IN 46266-4249
8114725     +Aspire Visa,   Payment Processing,   P.O. Box 23007,   Columbus, GA 31902-3007
8784071      Aspire Visa,   POB 23051,   Columbus, GA 31902-3051
8114726      Capital One,   P.O. Box 85617,   Richmomd, VA 23276-0001
8114727     +Chase Manhattan,   3415 Vision Drive,   Columbus, OH 43219-6009
8114728     +City of Chicago Dept. of Revenue,   P.O. Box 88298,   Chicago, IL 60680-1298
8114729      Holy Cross Neighbordhood Affiliates,   P.O. Box 5899,   Chicago, IL 60680-5899
8114730     +Homecomings-Southwestern Bell,   c/oNational Asset Recovery,   P.O. Box 701,
              Chesterfield, MO 63006-0701
8114731     +Illinois State Toll Highway,   Violation Processing Center,   135 S. LaSalle Dept. 8021,
              Chicago, IL 60674-0001
8114732     +Mercy Physician Billing,   35072 Eagle Way,   Chicago, IL 60678-0001
8114733      Oyster Bay Club,   P.O. Box 29352,   Pheonix, AZ 85038-9352
8114734     +Provident Hospital of Cook Co.,   500 E. 51st Street,   Chicago, IL 60615-2494
8114735     +Sherman Acquisitions,   c/o Receivables Management Solution,   992 S. Roberts St/,
              Saint Paul, MN 55118-1447

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**                    **Signature:** _Joseph Speetjens_