UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Pamela S. Hollis

Hearing Date: 11/13/07

Bankruptcy Case No.: 04-19946

Adversary No.:

Title of Case: KIM A. DAVIS

Brief Statement of Motion: TRUSTEE'S FINAL REPORT ("TFR")

Names and Addresses of Moving Counsel: Miriam R. Stein, Arnstein & Lehr LLP

Representing: Trustee

## ORDER

IT IS HEREBY ORDERED that the portion of the above TFR relating to the allowance of compensation and expenses for Counsel to the Trustee is continued to November 27, 2007 at 10:30 AM to allow counsel for the Trustee to file a fee application prior to the next hearing.

/s/ Pamela Hollis

6/11/99