IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| KIM A. DAVIS, | ) | Case No. 04 B 19946 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**TRUSTEE'S ATTORNEYS' APPLICATION FOR FINAL COMPENSATION AND REIMBURSMENT OF COSTS**

Now Comes Monica C. O'Brien and Gregory K. Stern of Gregory K. Stern, P.C. ("Counsel"), counsel for Barry Chatz, Chapter 7 Trustee, pursuant to §§330 and 331 of the United States Bankruptcy Code, and request that this Court enter an order allowing final compensation of $9,923.40 for 29.86 hours of legal services provided to the Chapter 7 Trustee and $11.32 for reimbursement of costs and, in support thereof, state as follows:

1. On May 21, 2004, the Debtor caused to be filed a Voluntary Petition for relief under Chapter 7 of the U. S. Bankruptcy Code; and, Barry Chatz was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157; and, this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

3. In accordance with Bankruptcy Rule 2002, notice of this Application has been sent to all creditors and parties on the service list including the US Trustee and all parties in interest.

4. On November 9, 2004, the Court entered an Order authorizing the employment of Gregory K. Stern and Monica C. O'Brien ("Counsel") as attorneys for the Trustee with all reimbursement of costs and expenses being subject to approval of this Court.

5. Gregory K. Stern's services have been billed at the rate of $335.00 per hour through 2006 and $350.00 for services rendered thereafter; and, Monica C. O'Brien's services have been billed at the rate of $280.00 per hour.

6. On August 16, 2005, Counsel presented their Application For Allowance Of

Compensation And Reimbursement Of Costs (Docket No. 37), and an Order Allowing Trustee's Attorneys' Compensation And Reimbursement Of Costs (the "Order") (Docket No. 41) was entered allowing compensation in the amount of $7,120.15 for 21.75 hours of professional services rendered between October 25, 2004 and July 21, 2005, and reimbursement of cost in the amount of $11.32.

7. Counsel have expended an additional 8.11 hours of professional services between and August 16, 2005 and September 4, 2007, as are more fully set forth in the Time Sheets attached hereto and made a part hereof. The reasonable value of the professional services rendered, set forth on the Time Sheets, to the Trustee is $2,803.25

8. The additional professional services rendered involved assisting and counseling the Trustee and included but are not limited to: **a)** reviewing case file, docket and information regarding claims; **b)** communications with the Trustee regarding claims, actions by the ARDC, requests from the UST and Darryl Berry and Debtor's actions seeking release of funds; **c)** communications with ARDC regarding DB's actions and the unauthorized closing of the sale of real property; **d)** communications with First American Title regarding unauthorized sale of real property; **e)** communications with UST re case; **f)** representations at court hearing responding to motions to release funds pleadings; and, **g)** drafting Application for Final Compensation, Notice of Motion, Order and Time Sheets.

9. All of the professional services performed were actual and necessary for the proper representation of the Trustee; and, as such, all of the services rendered were authorized pursuant to the Court's November 9, 2004 Order Authorizing Employment Of Attorneys and benefited the estate resulting in payment to the estate of $16,555.00 from proceeds of the unauthorized sale of estate property and disgorgement of fees taken without Court approval.

10. The claims bar date of January 27, 2005, has passed and the only claim on file is the

unsecured claim of Aspire VISA Classic in the amount of $3,212.76.

**WHEREFORE**, Monica C. O'Brien and Gregory K. Stern pray for entry of an Order, pursuant to §§330 and 331 of the Bankruptcy Code, allowing final compensation of $9,923.40 and reimbursement of costs and expenses of $11.32, authorizing the Trustee to pay the unpaid balance of allowed final compensation and reimbursement of costs of $2,803.25 to Gregory K. Stern, P.C. and, for such other relief as this Court deems just.

                                                /s/ Gregory K. Stern
                                      Gregory K. Stern, Trustee's Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## TIME SHEETS

| Time | Date | Services Rendered |
|---|---|---|
| 1.00 | 08/16/05 | Preparing for Court hearing, reviewing Fee Application and Daryl Berry's ("DB") response to Fee Application. Court – representation at hearing on Fee Application. GKS |
| .25 | 09/01/05 | Reviewing letter from Sandra Jerzy ("SJ"), attorney for First American, re Trustee's demand; Teleconference with Trustee re same. |
| .25 | 09/06/05 | Draft responsive letter to SJ at First American Title re Trustee's demand. GKS |
| .42 | 09/22/05 | Reviewing Possession Agreement and letter from Rosalind Pando, buyer's attorney, re possession escrow; Telephone message from Trustee re same; and, responsive letter to attorney re client's alleged purchase of Debtor's real property and possession escrow. GKS |
| .09 | 12/01//05 | Reviewing letter from ARDC re DB and referral to Inquiry Board. GKS |
| .09 | 12/14//05 | Reviewing letter from ARDC re DB and filing of formal complaint. GKS |
| .25 | | Teleconference with ARDC attorney re DB complaint and accounting of funds disbursed by First American Title. GKS |
| .25 | 01/13/06 | Draft letter to DB re turnover of balance of funds received at closing. GKS |
| .25 | 11/07/06 | Reviewing ARDC Petition For Discipline On Consent with DB. GKS |
| .33 | 08/08/06 | Teleconference with UST, Richard Friedman, re case and DB actions; Teleconference with Trustee re same. GKS |
| 1.00 | 11/07/06 | Review file and draft letter to UST re ARDC decision and DB actions. GKS |
| .42 | 07/18/07 | Reviewing DB's Motion to Release Funds, Review and respond to email from Trustee re DM's Motion, and Teleconference with Trustee re same. GKS |
| 1.17 | 07/26/07 | Reviewing file; and, Court – hearing on DB's Motion to Release Funds. GKS |
| .17 | 08/27/07 | Reviewing Debtor's Motion for Release of Funds. GKS |
| .83 | 08/30/07 | Reviewing file, checking claims register; Court – representation at hearing on Debtor's Motion for Release of Funds; Meeting with UST re case status and Debtor's Motion. GKS |
| .50 | 08/30/07 | Reviewing Trustee's Final Report, Trustee and Accountant's Applications for Compensation and Proposed Distribution Report; Teleconference with Lola re same and balance of attorney fees. GKS |
| .09 | 09/04/07 | Teleconference with Trustee re Final Report and additional attorney fees. GKS |
| .75 | 09/04/07 | Drafting Time Sheets, Application for Final Compensation, Notice and Order. GKS |

2.35 HOURS @ $335.00 =    $ 787.25
5.76 HOURS @ $350.00        2,016.00

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| KIM A. DAVIS, | ) | Case No. 04 B 19946 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**ORDER ALLOWING TRUSTEE'S ATTORNEYS' FINAL COMPENSATION AND REIMBURSEMENT OF COSTS**

**THIS CAUSE COMING ON TO BE HEARD** on the Gregory K. Stern and Monica C. O'Brien's Application For Allowance Of Final Compensation And Reimbursement of Costs, due and proper notice having been served and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. Gregory K. Stern and Monica C. O'Brien, pursuant to 11 U.S.C. §331, are allowed final compensation and reimbursement of costs in the aggregate amount of $9,934.72 for services rendered to the Chapter 7 Trustee.

2. The Trustee is authorized to pay the unpaid balance of allowing final compensation and reimbursement of costs of $2,803.25 to Gregory K. Stern, P.C. and Monica C. O'Brien as a priority cost of administration.

_____
Pamela S. Hollis, Bankruptcy Judge

Dated: September 27, 2007

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558