FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 04-19946 -PSH
Case Name: DAVIS, KIM A.
Taxpayer ID No: *******3945
For Period Ending: 01/30/08

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9694  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/05 | 1 | KIM DAVIS | LIQUIDATION OF REAL PROPERTY | 1110-000 | 6,905.00 | | 6,905.00 |
| 06/02/05 | 1 | SUPREME REAL ESTATE, INC. | REFUND | 1110-000 | 4,000.00 | | 10,905.00 |
| | | | possession escrow held by realtor returned to estate | | | | |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.71 | | 10,906.71 |
| 07/07/05 | 1 | DARYL R. BERRY | REFUND | 1110-000 | 5,000.00 | | 15,906.71 |
| | | | realtor's fee returned to estate by court order | | | | |
| 07/14/05 | 1 | DARYL R. BERRY | REFUND | 1110-000 | 750.00 | | 16,656.71 |
| | | | attorney's fee returned to estate by court order | | | | |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.10 | | 16,659.81 |
| 08/23/05 | 000301 | GREGORY K. STERN and MONICA C. O'BRIEN | ATTORNEY FOR TRUSTEE COMPENSATION | 3210-000 | | 7,131.47 | 9,528.34 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 8.38 | | 9,536.72 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.70 | | 9,541.42 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.86 | | 9,546.28 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.71 | | 9,550.99 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.86 | | 9,555.85 |
| 01/31/06 | 1 | DARYL R. BERRY | REFUND OF REALTOR'S FEE | 1110-000 | 2,000.00 | | 11,555.85 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.88 | | 11,560.73 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.16 | | 11,568.89 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.83 | | 11,578.72 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.51 | | 11,588.23 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.85 | | 11,598.08 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.53 | | 11,607.61 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.86 | | 11,617.47 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.87 | | 11,627.34 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.55 | | 11,636.89 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.89 | | 11,646.78 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.57 | | 11,656.35 |

Page Subtotals  18,787.82  7,131.47

LFORM24  Ver: 11.80

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-19946 -PSH | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | DAVIS, KIM A. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******3945 | Account Number / CD #: | *******9694  BofA - Money Market Account |
| For Period Ending: | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.89 |  | 11,666.24 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.92 |  | 11,676.16 |
| 02/05/07 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM BOND # 016026455 | 2300-000 |  | 9.31 | 11,666.85 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.95 |  | 11,675.80 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.91 |  | 11,685.71 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.61 |  | 11,695.32 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.93 |  | 11,705.25 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.62 |  | 11,714.87 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.95 |  | 11,724.82 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.96 |  | 11,734.78 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 7.47 |  | 11,742.25 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 7.48 |  | 11,749.73 |
| 11/27/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.44 |  | 11,755.17 |
| 11/27/07 |  | Transfer to Acct #*******9696 | Final Posting Transfer | 9999-000 |  | 11,755.17 | 0.00 |

|  |  |  | COLUMN TOTALS | 18,895.95 | 18,895.95 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 11,755.17 |  |
|  |  |  | Subtotal | 18,895.95 | 7,140.78 |  |
|  |  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 18,895.95 | 7,140.78 |  |

Page Subtotals          108.13          11,764.48

Ver: 11.80

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 04-19946 -PSH |
|---|---|
| Case Name: | DAVIS, KIM A. |
| Taxpayer ID No: | *******3945 |
| For Period Ending: | 01/30/08 |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9696  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/27/07 | | Transfer from Acct #*******9694 | Transfer In From MMA Account | 9999-000 | 11,755.17 | | 11,755.17 |
| 11/29/07 | 003001 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION | | | 2,431.62 | 9,323.55 |
| | | | 18003-0079 | | | | 9,323.55 |
| | | | Fees  2,424.62 | 2100-000 | | | |
| | | | Expenses  7.00 | 2200-000 | | | |
| 11/29/07 | 003002 | GREGORY K. STERN & MONICA C. O'BRIEN | ATTORNEY FOR TRUSTEE | 3210-000 | | 2,803.25 | 6,520.30 |
| 11/29/07 | 003003 | POPOWCER KATTEN, LTD. | ACCOUNTANT FOR TRUSTEE | 3410-000 | | 960.00 | 5,560.30 |
| 11/29/07 | 003004 | ASPIRE VISA | UNSECURED CLAIM | | | 3,410.56 | 2,149.74 |
| | | | ACCOUNT # | | | | 2,149.74 |
| | | | Claim  3,212.76 | 7100-000 | | | |
| | | | Interest  197.80 | 7990-000 | | | 2,149.74 |
| 11/29/07 | 003005 | KIM A. DAVIS | DEBTOR SURPLUS | 8200-002 | | 2,149.74 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 11,755.17 | 11,755.17 |
| Less: Bank Transfers/CD's | | 11,755.17 | 0.00 |
| Subtotal | | 0.00 | 11,755.17 |
| Less: Payments to Debtors | | | 2,149.74 |
| Net | | 0.00 | 9,605.43 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *********9694 | 18,895.95 | 7,140.78 | 0.00 |
| BofA - Checking Account - *********9696 | 0.00 | 9,605.43 | 0.00 |
| TOTAL - ALL ACCOUNTS | 18,895.95 | 16,746.21 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  11,755.17  11,755.17

Ver: 11.80

LFORM24